# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email raymondnardo@gmail.com

February 28, 2020

BY ECF

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    Ortiz v. Kayrob Gas Corp., et. al.
              19-00982 (NSR)

Dear Judge Roman,

I represent the Plaintiff in the above action. The parties have been negotiating a resolution and finally have a settlement agreement and release out for signature. The parties expect a fully signed agreement by the end of next week, after which they will submit a fairness letter to Your Honor for approval pursuant to *Cheeks*. I apologize for not informing the court earlier.

Thank you for your consideration.

Respectfully submitted,

RAYMOND NARDO, ESQ.

RN:rn
cc:    James Castro-Blanco, Esq. (by ECF)

---

*Handwritten order:*

Counsel directed to submit settlement documents to chambers on or before March 6, 2020. If the documents are not submitted by the deadline, counsel are directed to appear in person at a Status Conf. on March 11, 2020 at 10:00 am. FINAL.

Clerk of the Court requested to terminate the motion (doc. 36).

SO ORDERED: Dated: Feb. 28, 2020

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE