UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/27/2021__
```

------------------------------------------------------------------------X

LEONARD ORTIZ,                                    :
                                                  :
                              Plaintiff,          :
                                                  :
              -against-                           :
                                                  :          19-CV-982 (NSR)
KAYROB GAS CORP., D BLOCK CAR WASH &              :
GAS, Inc., NEPPERHAN YONKERS SNACK               :
MART, Inc., ROBERT ALEVIS, as an individual,     :
KENNY ALEVIS, as an individual,                   :
                                                  :
                              Defendants.         :
------------------------------------------------------------------------X

## JUDGMENT

Plaintiff filed a Summons and Complaint on February 1, 2019.

The parties entered into a Settlement and Release Agreement which the Court approved on

March 10, 2020 (Dkt. # 39);

Defendants did not render payments as set forth in the Settlement and Release Agreement;

Pursuant to the Agreement, Plaintiff served a default notice, after which ten days expired,

and Defendants did not cure the Default;

Defendants agreed to a default penalty of $10,000;

**WHEREFORE**, it is hereby Ordered, Adjudged, and Decreed, that Plaintiff is awarded a

judgment of $27,500, which is the agreed upon settlement of $17,500, plus an agreed upon penalty

of $10,000, as per Paragraph 4 of the Agreement, against Defendants  KAYROB GAS CORP.,

ROBERT ALEVIS and KENNY ALEVIS a/k/a KENNETH ALEVIS.


Dated: April 27, 2021                              SO ORDERED:
       White Plains, New York


                                                   _____
                                                   NELSON S. ROMÁN
                                                   United States District Judge